In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title to the Lands Required for the Opening of Walton Avenue from East One Hundred and Sixty-seventh Street to Tremont Avenue in the Borough of The Bronx.

HOWARD B. SNELL, as Administrator of the Estate of ANN E. HUGHES, Deceased, Appellant; ANNA R. CROSSIN, Respondent.

(Argued January 7, 1936; decided January 21, 1936.)

*Charles Schneikraut* for appellant.

*Harold Swain* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.